IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIENNE GALT, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. 15-6851 |
| : | |
| EAGLEVILLE HOSPITAL, : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 2nd day of March 2017, upon consideration of Plaintiffs' Motion for Order Authorizing Notice to Similarly-Situated Persons Pursuant to 29 U.S.C. § 216(b) (Doc. No. 27), the materials in support thereof, and Defendant's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The Court conditionally certifies a collective action as set forth in the accompanying Memorandum Opinion.

2. No later than **March 15, 2017**, after meeting and conferring with counsel for Defendant regarding the form of notice, Plaintiffs shall submit to the Court an agreed-upon form of notice to be sent to all potential opt-in members of the collective action. The notice shall be consistent with the directives in the accompanying Memorandum Opinion.

3. Also no later than **March 15, 2017**, Defendant shall provide Plaintiffs' Counsel with a computer-readable Excel file containing the full name, last known mailing address, and last known e-mail address of all persons employed by Defendant as a Registered Nurse, Nursing Assistant, Licensed Practical Nurse, or Mental Health Technician in any workweek on or after January 1, 2014, so that Plaintiffs may distribute notice once the Court approves the form of notice.

2

4. A telephone conference regarding the content of the proposed notice and Stephan Zouras's request to be appointed Class Counsel will take place on **March 17, 2017, at 10:00 a.m.** Plaintiffs will initiate the call.

It is so **ORDERED**.

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**
                                                  _____
                                                  **CYNTHIA M. RUFE, J.**