IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADRIENNE GALT and NANCY MURPHY,** for themselves and all others similarly situated, Plaintiffs, v. **EAGLEVILLE HOSPITAL,** Defendant. | Case No. 15-cv-6851-CMR |

# ORDER

**AND NOW**, this 19th day of April 2018, upon consideration of Plaintiffs' Unopposed Motion for Final Settlement Approval, the accompanying Memorandum of Law, Plaintiffs' Supplemental Memorandum of Law in Support of the Proposed Incentive, Fee and Expense Awards, the representations made by both Parties during the April 2, 2018 Final Approval Hearing, the Modifications to the Collective/Class Action Settlement Agreement dated December 21, 2017 and April 6, 2018, and all other submissions and proceedings, and for the reasons stated in the accompanying Memorandum Opinion filed on this date, it is hereby **ORDERED** that the Motion (Doc. No. 55) is **GRANTED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3), the Court certifies the proposed PMWA Settlement Class, consisting of the 361 members who worked as a Registered Nurse, Nursing Assistant, Licensed Practical Nurse, or Mental Health Technician for Eagleville Hospital during any work week since March 2, 2014 ("the PMWA Class").

2. Pursuant to 29 U.S.C. § 216(b), the Court certifies the proposed FLSA Settlement Collective, consisting of 73 members who filed a consent form to join the FLSA claims in this litigation.

3. The Court **APPROVES** the Parties' Settlement Agreement, as modified by the

parties on December 21, 2017 and April 6, 2018, including the following provisions:

    a. The Court **APPROVES** the $520,000.00 Settlement Amount, including $180,500.00 in damages to the 361 PMWA Class Members and $127,000.00 in damages to the 73 FLSA Collective members;

    b. The Court **APPROVES** the proposed $12,500.00 in incentive awards to be divided among the two Named Plaintiffs and one pre-certification Opt-In Plaintiff ($5,000.00 to Named Plaintiffs Galt and Murphy and $2,500.00 to Opt-In Plaintiff Johnson);

    c. The Court **APPROVES** the proposed $182,000.00 attorneys' fee payment and the $10,000.00 cost reimbursement to Class Counsel;

    d. The Court **APPROVES** the proposed $8,000.00 payment to the Settlement Administrator.

4. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

5. Without affecting the finality of this Order, this Court will retain jurisdiction to enforce the terms of this Settlement Agreement and preside over any issues flowing from distribution of the Settlement Fund.

It is **FURTHER ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is **SO ORDERED**.

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**
                                                _____
                                                **CYNTHIA M. RUFE, J.**